1
2
3                                                          JS-6
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11
   XIAOYONG LIU,                    No. 2:24-cv-00750-MEMF-PVC
12
             Plaintiff,
13                                  **ORDER RE:**
                                    **JOINT STIPULATION TO STAY CASE**
14        v.                        **PENDING ADJUDICATION OF**
                                    **APPLICATION**
15   ALEJANDRO N. MAYORKAS, ET AL.,
16           Defendants.            Honorable Maame Ewusi-Mensah
                                    Frimpong
17
                                    United States District Judge
18
19
20
21
         Having read and considered the Joint Stipulation to Stay Case Pending
22
   Adjudication of Application submitted by the parties, and finding good cause therefor,
23
   IT IS HEREBY ORDERED that the instant action shall be stayed until July 5, 2025.
24
25
   Dated: Feb. 25, 2025
26
27                                  _____
                                    HONORABLE MAAME EWUSI-MENSAH FRIMPONG
28                                  UNITED STATES DISTRICT JUDGE

